# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROBERTO C. DURAND,<br>           Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>           Respondent. | No. 82736 |
| ROBERTO C. DURAND,<br>           Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>           Respondent. | No. 82737 |

FILED

APR 2 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from a district court order denying a motion to modify sentence. This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court entered the order denying a motion to modify sentence on December 10, 2020. Appellant did not file the notices of appeal, however, until April 5, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction to consider these appeals, and

ORDERS these appeals DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-12343

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 32
Roberto C. Durand
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A